JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIVE MELVILLE and VEX (WA) PTY. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT ADAMS; JORDON DAVIES; CARLTON SHERMAN; MARK HORTON; and RENAISSANCE CAPITAL GROUP, LLC, <br><br> Defendants. | CV 15-8188 PA (PJWx) <br><br> JUDGMENT OF DISMISSAL |

Pursuant to the Court's February 23, 2016 Minute Order dismissing the action brought by plaintiffs Clive Melville and Vex (WA) Pty. Ltd. (collectively "Plaintiffs") against defendants Robert Adams, Jordon Davies, Carlton Sherman, Mark Horton, and Renaissance Capital Group, LLC (collectively "Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that;

1. Plaintiffs take nothing;

2. This action is dismissed with prejudice; and

      3.     Defendants shall recover their costs of suit.

    IT IS SO ORDERED.

DATED: February 23, 2016          _____

                                          Percy Anderson
                           UNITED STATES DISTRICT JUDGE